5:19-CV-1236-MAD/TWD                1/1/20

I AM STILL WAITING FOR THE ATTORNEY REJECTION LETTERS, AND WILL FILE ANOTHER MOTION TO APPOINT COUNSEL.

RESPECTFULLY,
BRENT ELISONS



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 06 2020
AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

BRENT PUSENS
4943 ROCKEFELLER RD
AUBURN, NY 13021

WILMINGTON DE 197
02 JAN 2020 PM 4 T

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT NY
CLERKS OFFICE
PO BOX 7367
100 S. CLINTON ST.
SYRACUSE, NY 13261

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
JAN 06 2020
RECEIVED