# THORN GERSHON TYMANN AND BONANNI, LLP

ARTHUR H. THORN
JEFFREY J. TYMANN
MAUREEN S. BONANNI
PAUL D. JURELLER
KATHLEEN M. RYAN
KYLE N. KORDICH
MATTHEW H. McNAMARA*
MANDY McFARLAND
ERIN MEAD
ALICIA M. DODGE
───────────────
KELLY A. HERCZEG
BRIAN P. HENCHY
*Also Admitted in MA

ATTORNEYS AND COUNSELLORS AT LAW

5 WEMBLEY COURT, NEW KARNER ROAD
P.O. BOX 15054
ALBANY, NY 12212-5054
TELEPHONE (518) 464-6770
TELECOPIER (518) 464-6778
www.tglawyers.com
PLEASE RESPOND TO ALBANY OFFICE

RICHARD M. GERSHON
RETIRED
JOHN T. MITCHELL
RETIRED
───────────────
ROBERT F. DORAN
1930 - 2018

August 24, 2020

Hon. Therese Wiley Dancks, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse NY 13261-7346

      Re:    Elisens v. Auburn Community Hospital, et. al.
              Civil Action No. 5:19-CV-01236 (LEK/TWC)

Dear Honorable Wiley Dancks:

      Our office represents the defendant, Auburn Community Hospital, in the above referenced matter.

      On behalf of the defendant, Auburn Community Hospital, we have a pending motion to dismiss the Complaint, returnable on October 2, 2020. We respectfully request an adjournment of the initial phone conference scheduled to be held before Your Honor on September 15, 2020 at 10:15 a.m., until after a Decision is rendered to our pending motion to dismiss. Should Your Honor require any further information, please let us know.

      Thank you for your courtesies and cooperation in this matter.

                              Respectfully submitted,

                              THORN GERSHON TYMANN AND
                                 BONANNI, LLP

                              s/ Alicia M. Dodge

                              Alicia M. Dodge
                              Alicia.Dodge@tglawyers.com

cc:

Brent Allen Elisens, *pro se* (via regular mail)
4943 Rockefeller Road
Auburn, NY 13201

John D. Aspland, Jr., Esq.  (via efiling)
Fitzgerald, Morris, Baker, Firth, PC
Attorneys for Defendants, Cayuga County
Mental Health, Dr. Michael Pratts, Colleen Curr
and Faith Emerson
68 Warren St., Box 2017
Glens Falls, NY 12801

Kevin E. Hulslander, Esq. (via efiling)
Smith, Sovik, Kendrick & Sugnet, PC
Attorneys for Defendant, Dr. Ahmad Bilal
250 South Clinton St., Suite 600
Syracuse, NY 13202