1/18/21

5:19-CV-1236 MAD

COURT CLERK,

I STILL HAVEN'T RECEIVED ANY ADDITIONAL REJECTION LETTERS FROM ATTORNEYS.

RESPECTFULLY,
Brent Ellsens



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 22 2021
AT _____ O'CLOCK _____
John M. Domurad, Clerk - Syracuse

ELLSONS BRENT
76 COURT ST
BANGOR, ME 04401

COURT CLERK
NORTHERN DISTRICT NY
100 S. CLINTON ST
SYRACUSE, NY
13261

7020 1810 0001 2929 4419

U.S. POSTAGE PAID
FCM LETTER
BANGOR, ME
04401
JAN 19, 21
AMOUNT
$4.10
R2305M145423-03

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
JAN 22 2021
RECEIVED

13261861OO